# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **TIMMY TERRELL HARRIS,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 7:06-cv-117(HL) |
| **LT. CREWS, SGT. SWAIN, and ROBERT RENFROE,** | : | |
| Defendants. | : | |

## ORDER

The Recommendation of United States Magistrate Judge Richard L. Hodge, entered November 19, 2007 (Doc. 27), in the above-captioned case is before the Court. The Magistrate Judge recommends that Defendants' Motions to Dismiss (Docs. 22 & 25) be granted. Plaintiff has not filed written objections to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). In fact, Plaintiff's notice of the Recommendation was returned as undeliverable, as was the Magistrate Judge's Order of April 26, 2007, directing Plaintiff to respond to the Motion to Dismiss of Lt. Crews and Sgt. Swain. In view of the foregoing, and as otherwise noted by the Magistrate Judge in the Recommendation, the Court finds Plaintiff has failed to prosecute this action. Accordingly, the Court accepts the Recommendation of the Magistrate Judge and grants the Motions to Dismiss of Defendants.

**SO ORDERED**, this the 18th day of December, 2007.

s/ Hugh Lawson
**HUGH LAWSON, JUDGE**

mls